| | | | |
|---|---|---|---|
| State v. Johnson<br>2016 MT 276N | DA 15-0630<br>Affirmed &<br>Remanded | 10/25/16 | Dist. 1 (Lewis and<br>Clark) |
| Houde and Solinger<br>v. Missoula Co.<br>Justice Court | OP 16-0644<br>Granted | 10/31/16 | Original Proceeding<br>Supervisory Control |
| Adoption of L.J.<br>2016 MT 277N | DA 16-0107<br>Affirmed | 11/01/16 | Dist. 11 (Flathead) |
| State v. Wright<br>2016 MT 278N | DA 14-0642<br>Affirmed | 11/01/16 | Dist. 4 (Missoula) |
| Matter of S.L.<br>2016 MT 279N | DA 15-0465<br>Affirmed | 11/01/16 | Dist. 18 (Gallatin) |
| Robak v. Ravalli<br>County<br>2016 MT 286N | DA 16-0047<br>Affirmed | 11/09/16 | Dist. 21 (Ravalli) |
| Palmer v. 4th Jud.<br>District Court | OP 16-0654<br>Denied | 11/09/16 | Original Proceeding<br>Mandate |
| Johnson v. State<br>2016 MT 293N | DA 15-0610<br>Affirmed | 11/15/16 | Dist. 4 (Missoula) |
| Morsette v. State<br>2016 MT 294N | DA 15-0443<br>Affirmed | 11/15/16 | Dist. 17 (Blaine) |
| Marriage of Lee<br>2016 MT 295N | DA 16-0082<br>Affirmed | 11/15/16 | Dist. 19 (Lincoln) |
| Ova v. Oakland<br>Homes<br>2016 MT 296N | DA 16-0189<br>Affirmed | 11/15/16 | Dist. 13<br>(Yellowstone) |
| Marriage of Paschen<br>2016 MT 297N | DA 16-0079<br>Aff'd in part<br>Rev'd in<br>part &<br>Remanded | 11/15/16 | Dist. 11 (Flathead) |
| Guardianship of G.O.<br>2016 MT 298N | DA 16-0011<br>Affirmed | 11/15/16 | Dist. 8 (Cascade) |